Plaintiffs, v. STEPHANIE RAISH, Defendant. (Action No. 2.) (C) In the Matter of Arbitration between JEANNETTE G. THORPE, Petitioner, and STATE FARM MUTUAL INSURANCE COMPANY, Respondent. (D) WAYNE BASSETT, Appellant, v. MAUDE S. HANLY, Respondent. (E) WALTER DAME, Appellant, v. MAUDE S. HANLY, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1962 Term on or before February 26, 1962, in which event motions denied.

■ (A) In the Matter of the Probate of the Will of NELLIE CAMP, Deceased. (B) In the Matter of the Claim of FRANCES VICIDOMINI, Appellant, v. CHILDREN'S BUS SERVICE, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) GRIMM BUILDING MATERIAL CO., INC., Respondent, v. DUNN GARDEN APARTMENTS, INC., et al., Appellant. (D) In the Matter of the Claim of JUNE SCHMALHOLZ, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) In the Matter of the Claim of SHIRLEY RAPPAPORT, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of CARL GASMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) LEO L. REXFORD, Plaintiff, v. MICHAEL ZIEGER et al., Defendants. NEW YORK TRAP ROCK CORPORATION, Appellant, v. HENDRICKSON BROS., INC., Respondent. (H) In the Matter of the Claim of MURRAY FURGATCH, Appellant, v. BROWN BROTHERS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (I) In the Matter of the Claim of FELICE A. CURCIO, Appellant, v. CITY OF NEW YORK, DEPARTMENT OF SANITATION, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (J) In the Matter of the Claim of PASQUALE COPERTINO, Appellant, v. NEW UTRECHT PARKING, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (K) In the Matter of the Claim of LOUIS LUCCI, Appellant, v. ATLAS ELECTRIC PRODUCTS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ BRAULIO A. CASTRO, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER WILLIAMS CANTIE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD J. SPIZOWSKI, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES P. FRANKLIN, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND RICO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Decision of December 15, 1961 (ante, p. 598) amended to read as follows: Motion for an order permitting this appeal to be heard on the original record and the original exhibits on file in the office of the Clinton County Clerk denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD FRANK MACKRETH, Appellant.— Edward S. Nelson, Esq., 35 North Broad St., Norwich, N. Y., is appointed as assigned counsel in the place and stead of J. Richard Marshall, Esq., deceased.